# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

JAMES PELTIER

        Plaintiff,

v.

TIARA-PURSUIT YACHT CENTERS,
CENTERPOINTE YACHT SERVICES, LLC,
        Defendants.

\*      Case No.: CV-2013-0075

\*      In Admiralty

\*

\*

## MOTION FOR ADMISSION PRO HAC VICE

Comes now the undersigned, and moves this Court, pursuant to Local Rule 83.5 (b)(c) of the Local Rules of the United States District Court for the Southern District of Alabama to admit *pro hac vice* Patrick J. Schoen of the law firm of Quarles & Brady LLP, as counsel for Tiara-Pursuit Yacht Centers and Centerpointe Yacht Services, LLC. Contemporaneously with the filing of this Motion for Admission *Pro Hac Vice*, the undersigned has attached a Certificate of Good Standing issued by the United States District Court for the Eastern District of Wisconsin and submitted the prescribed admission fees, which UPS has confirmed delivery to the Clerk of Court on 3/19/13.

WHEREFORE, the undersigned respectfully requests that the Court enter an Order admitting Patrick J. Schoen *pro hac vice.*

Respectfully submitted on this the 20th day of March, 2013.

Patrick J. Schoen (WI Bar No. 1016173)
QUARLES & BRADY LLP
411 E. Wisconsin Avenue, Suite 2350
Milwaukee, WI 53202-4426
(414) 277-5665
Email: patrick.schoen@quarles.com
Attorneys for Tiara-Pursuit Yacht Centers and
Centerpointe Yacht Services, LLC