IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES PELTIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 13-0075-CG-N |
| | ) |
| TIARA-PURSUIT YACHT CENTER, <u>et</u> <u>al</u>., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 15, 2013, is **ADOPTED** as the opinion of this Court. Accordingly, the defendants' alternate motion to transfer venue is hereby **GRANTED**, and this action is **TRANSFERRED** to the United States District Court for the Eastern District of Wisconsin.

**DONE and ORDERED** this 3rd day of May, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE